IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY LEWIS,

    Petitioner,                    No. CIV S-07-1377 LEW KJM P

    vs.

IVAN CLAY,

    Respondent.            ORDER

                             /

        On December 21, 2007, respondent filed a motion to dismiss. Petitioner has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, petitioner shall file an opposition to the pending motion to dismiss. Failure to file an opposition will result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: May 15, 2008.

_____
U.S. MAGISTRATE JUDGE

1
lewi1377.46