1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                        FOR THE EASTERN DISTRICT OF CALIFORNIA

8   GREGORY LEWIS,

9            Petitioner,                        No. CIV S-07-1377 JAM KJM P

10       vs.

11  IVAN CLAY,

12           Respondent.                        ORDER

13  _____/

14           Petitioner has requested the appointment of counsel.  There currently exists no

15  absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

16  453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

17  any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

18  § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

19  served by the appointment of counsel at the present time.

20           Accordingly, IT IS HEREBY ORDERED that petitioner's request for

21  appointment of counsel (docket #15) is denied without prejudice to a renewal of the motion at a

22  later stage of the proceedings.

23  DATED:  June 30, 2008.

24                                        _____
                                          U.S. MAGISTRATE JUDGE
25

26  /ke
    lewi1377.110